# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNITED STATES MINERAL | ) | Chapter 11 |
| PRODUCTS COMPANY d/b/a | ) | |
| ISOLATEK INTERNATIONAL, | ) | Case No. 01-2471 (JKF) |
| a Delaware Corporation, | ) | |
| | ) | Re: Docket No. 3156 & 3221 |
| Debtor. | ) | |

## CERTIFICATION OF COUNSEL REGARDING
## AMENDED FINAL ORDER
## AUTHORIZING REORGANIZED DEBTOR, DEBTOR AND TRUSTEE TO OBTAIN AN EXIT LOAN FACILITY, ENTER INTO AND ASSUME FINANCING AGREEMENT AND POST-PETITION LOAN DOCUMENTS AND GRANT SENIOR
## LIENS AND SECURITY INTERESTS

The undersigned, counsel to Chapter 11 Trustee, hereby submits for the Court's review the proposed **Amended Final Order Authorizing Reorganized Debtor, Debtor and Trustee to Obtain an Exit Loan Facility, Enter Into and Assume Financing Agreement and Post-Petition Loan Documents and Grant Senior Liens and Security Interests** (the "Order").

The annexed Order, attached hereto as Exhibit A has been circulated upon the counsel for the interested parties who the undersigned understands to be all parties interested in the matter.

[The remainder of this page was intentionally left blank]

Dated: November 23, 2005

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Stephen M. Miller (ID No. 2610)
Carl N. Kunz, III (ID No. 3201)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899
Telephone: (302) 888-6800
Telecopy: (302) 571-1750
Email: smiller@morrisjames.com
Email: ckunz@morrisjames.com

-- and --

Richard Levy, Jr.
PRYOR CASHMAN SHERMAN & FLYNN LLP
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100
Telecopy: (212) 326-0806
Email: rlevy@pryorcashman.com

Attorneys for Anthony R. Calascibetta, as Chapter 11 Trustee for United States Mineral Products Company