IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNITED STATES MINERAL | ) | Chapter 11 |
| PRODUCTS COMPANY d/b/a | ) | |
| ISOLATEK INTERNATIONAL, | ) | Case No. 01-2471 (JKF) |
| a Delaware Corporation, | ) | |
| | ) | Re: Docket No. 3258 |
| Debtor. | ) | |

**CERTIFICATION OF COUNSEL REGARDING
ORDER CONFIRMING THE FIFTH AMENDED PLAN OF REORGANIZATION
FOR UNITED STATES MINERAL PRODUCTS COMPANY (AS MODIFIED BY
CERTAIN TECHNICAL MODIFICATIONS) JOINTLY PROPOSED BY THE
CHAPTER 11 TRUSTEE AND THE OFFICIAL COMMITTEE OF ASBESTOS
<u>BODILY INJURY AND PROPERTY DAMAGE CLAIMANTS</u>**

The undersigned, counsel to Chapter 11 Trustee, hereby submits for the Court's review the proposed **Order Confirming the Fifth Amended Plan of Reorganization for United States Mineral Products Company (as Modified by Certain Technical Modifications) Jointly Proposed by the Chapter 11 Trustee and the Official Committee of Asbestos Bodily Injury and Property Damage Claimants** (the "Order").

The annexed Order, attached hereto as <u>Exhibit A</u> has been circulated upon the counsel for the interested parties who the undersigned understands to be all parties interested in the matter.

[The remainder of this page was intentionally left blank]

WWW/106886-0001/1313682/1 11/23/2005

Dated: November 23, 2005

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Stephen M. Miller (ID No. 2610)
Carl N. Kunz, III (ID No. 3201)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899
Telephone: (302) 888-6800
Telecopy: (302) 571-1750
Email: smiller@morrisjames.com
Email: ckunz@morrisjames.com

-- and --

Richard Levy, Jr.
PRYOR CASHMAN SHERMAN & FLYNN LLP
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100
Telecopy: (212) 326-0806
Email: rlevy@pryorcashman.com

Attorneys for Anthony R. Calascibetta, as Chapter 11 Trustee for United States Mineral Products Company