IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNITED STATES MINERAL | ) | Chapter 11 |
| PRODUCTS COMPANY d/b/a | ) | |
| ISOLATEK INTERNATIONAL, | ) | Case No. 01-2471 (JKF) |
| a Delaware Corporation, | ) | |
| | ) | Re: Docket No. 3258 |
| Debtor. | ) | |

**CERTIFICATION OF COUNSEL REGARDING
FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING
CONFIRMATION OF THE FIFTH AMENDED PLAN OF REORGANIZATION
FOR UNITED STATES MINERAL PRODUCTS COMPANY JOINTLY
PROPOSED BY THE CHAPTER 11 TRUSTEE AND THE OFFICIAL COMMITTEE
OF ASBESTOS BODILY INJURY AND PROPERTY DAMAGE CLAIMANTS**

The undersigned, counsel to Chapter 11 Trustee, hereby submits for the Court's review the proposed **Findings of Fact and Conclusions of Law Regarding Confirmation of the Fifth Amended Plan of Reorganization for United States Mineral Products Company Jointly Proposed by the Chapter 11 Trustee and the Official Committee of Asbestos Bodily Injury and Property Damage Claimants** (the "Findings of Fact").

The annexed Findings of Fact, attached hereto as Exhibit A has been circulated upon the counsel for the interested parties who the undersigned understands to be all parties interested in the matter.

[The remainder of this page was intentionally left blank]

WWW/106886-0001/1313690/1 11/23/2005

Dated: November 23, 2005                MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*[signature]*

Stephen M. Miller (ID No. 2610)
Carl N. Kunz, III (ID No. 3201)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899
Telephone: (302) 888-6800
Telecopy: (302) 571-1750
Email: smiller@morrisjames.com
Email: ckunz@morrisjames.com

-- and --

Richard Levy, Jr.
PRYOR CASHMAN SHERMAN & FLYNN LLP
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100
Telecopy: (212) 326-0806
Email: rlevy@pryorcashman.com

Attorneys for Anthony R. Calascibetta, as Chapter 11 Trustee for United States Mineral Products Company