UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re: United States Mineral Products  )
Company                                )   Misc. 05-243
                                       )

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Hearing Exhibits 1-10 (Binder 1)
Modified Fifth Amended Plan of Reorganization with Exhibits 1-6 (Binder 2)

The original documents are maintained in the case file in the Clerk's Office.

December 13, 2005                                         Clerk's Office