IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

UNITED STATES MINERAL PRODUCTS
COMPANY, d/b/a ISOLATEK INTERNATIONAL,
a Delaware corporation

Debtor.

No. 05-mc-243-SLR

## ORDER ISSUING AND AFFIRMING
## PERMANENT CHANNELING INJUNCTION

1.  The reference of the Chapter 11 case of the above-named debtor is hereby withdrawn on this Court's own motion, pursuant to 28 U.S.C. § 157(d), for the limited purpose of issuing and affirming the Permanent Channeling Injunction to be granted by the foregoing Order Confirming the Fifth Amended Plan of Reorganization for United States Mineral Products Company (As Modified By Certain Technical Modifications) Jointly Proposed By the Chapter 11 Trustee and the Official Committee of Asbestos Bodily Injury and Property Damage Claimants ("Confirmation Order"), entered by United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").[*]

2.  The United States District Court for the District of Delaware ("District Court") has jurisdiction over the above-named Debtor's reorganization case pursuant to 28 U.S.C. § 1334.

3.  The Permanent Channeling Injunction contained in Paragraphs 19-23 of the foregoing Confirmation Order is hereby ISSUED AND AFFIRMED pursuant to Section 524(g)(3) of the Bankruptcy Code, 11 U.S.C. § 524(g)(3).

4.  The Clerk of this Court is directed promptly to enter this order on the docket of this Court, and to transmit a copy of this Order to the Clerk of the Bankruptcy Court, in turn to be promptly entered on the docket of the above-captioned bankruptcy case in the Bankruptcy Court.

---

[*] Unless otherwise indicated, capitalized terms have the meanings given in the Confirmation Order.

422365.6

5.  The Chapter 11 Trustee or the Reorganized Debtor is directed to serve a copy of this Order upon all parties listed in the general service list in the Chapter 11 Case or who entered appearances at the Confirmation Hearing. The Chapter 11 Trustee or the Reorganized Debtor is further directed to publish notice of the entry of this Order, including the text of the Permanent Channeling Injunction. Such publication notice may be consolidated or included with the notice of the occurrence of the Effective Date under Paragraph 47 of the foregoing Confirmation Order.

6.  The District Court shall retain jurisdiction over any action or proceeding that involves the validity, application, construction, modification or enforcement of the Permanent Channeling Injunction and this Order.

**SO ORDERED, ADJUDGED, DECREED and ENTERED** at Wilmington, Delaware, on _December 14_, 2005.

_____
United States District Judge

422365.6